E-Filed: **3/17/09**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIR SHABAZZ, aka RUDOLPH MARTS, JR., aka RUDOLPH JULIUS MARTS, aka RUDY MARTS, aka RUDY AKILI MARTIN, aka RUDOLPH MARIS, JR.,<br><br>        Petitioner,<br><br>vs.<br><br>F.B. HAWS (WARDEN)(A),<br><br>        Respondent. | Case No. EDCV 07-0982-GHK(RC)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. Section 636, the Court has reviewed the amended petition and other papers along with the attached Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, as well as petitioner's objections, and has made a de novo determination.

    IT IS ORDERED that (1) the Report and Recommendation is approved and adopted; (2) the Report and Recommendation is adopted as the findings of fact and conclusions of law herein; and (3) Judgment shall be entered denying the amended petition and dismissing the action with prejudice.

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order, the Magistrate Judge's Report and Recommendation and Judgment by the United States mail on the petitioner.

DATED:    3/15/09

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE

R&R\07-0982.ado
1/28/09

2