```
 1
 2
 3                                              E-Filed: 3/17/09
 4                                                      JS-6
 5
 6
 7                    UNITED STATES DISTRICT COURT
 8                   CENTRAL DISTRICT OF CALIFORNIA
 9
10
11  AMIR SHABAZZ, aka RUDOLPH      ) Case No. EDCV 07-0982-GHK(RC)
    MARTS, JR., aka RUDOLPH JULIUS)
12  MARTS, aka RUDY MARTS, aka    )
    RUDY AKILI MARTIN, aka RUDOLPH)
13  MARIS, JR.,                   )
                                  )
14             Petitioner,        ) JUDGMENT
                                  )
15  vs.                           )
                                  )
16  F.B. HAWS (WARDEN)(A),        )
                                  )
17             Respondent.        )
                                  )
18
19       IT IS ADJUDGED that the amended petition for writ of habeas
20  corpus is denied and the action is dismissed with prejudice.
21
22  DATED:   ___3/15/09_____
23
                         _____
24                              GEORGE H. KING
                         UNITED STATES DISTRICT JUDGE
25
26  R&R\07-0982.jud
    1/28/09
27
28
```